IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Bakha Yawuti El

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Sarah Lippe, Matthew Wean, Wade, STATE OF SOUTH CAROLINA, NINTH JUDICIAL CIRCUIT GENERAL SESSIONS COURT

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:16-CV-1152-DCN-BM

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes     ☐ No
*(check one)*

RECEIVED USDC CLERK CHARLESTON SC
2016 APR 13  P 1:49

THE MOORISH NATIONAL REPUBLIC
MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of Northwest Amexem / North America

# Affidavit of Financial Statement
(Exercise of Constitution – Secured Right)
Exhibit/Evidence 9

Date 4-7-2016 [CCY]

**Re: Bill of Attainder #: 2015A1010205307**

From:
**Bakha Yawuti El**, Authorized Representative, Natural Person, **In Propria Persona**:
Ex Relatione **BRANDON CHRISTOPHER MYERS**: All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
Charleston, SC Territory
c/o PO Box 22251
Charleston, SC [29413]
Non-Domestic Non-Subject Non-Resident

To:
**District Court of South Carolina**
**Office of the Clerk**
85 Broad Street
Charleston Territory, South Carolina Republic
[29401] USA

## Notice of Judges and Officials' Oath – Bound Obligations and Fiduciary Duties

### Article VI
"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

### Article 1, Section X
"All debts shall be payable in gold or silver coin"

### Amendment V
"No Person shall be deprived of due process of law"

I Affirm, for the Record, that I do not have, or possess, any gold or silver coins, as prescribed by United States Republic Constitution Law, which is the lawful money to pay the restricting demands, conditionally commanded by Employees and Contractors of the Court. The said restrictions (unconstitutional) are arbitrarily (hindering Due Process) and imposed for processing these Documents, as stipulated in the United States Constitution noted above. Therefore, I submit this Writ "In Forma Pauperis", being an enjoyment and exercise of my unconditional and Constitutionally - Secured Rights (and not a feudal - fee - burdened privilege) to timely and speedily enforce Due Process of Law, as noted above.

Your demand for a "Financial Statement" is used as an instrument to deny me due process of law and my right to free access to the courts, not to mention that that is private information. I introduce all evidence in the form of Affidavits (of Fact) and marked as Exhibit/Evidence, not to be ever mistaken or misrepresented as a Motion (a discretionary assumption that permission must be requested from the court to exercise my **Jus Cogens, Peremptory Norm, Internationally and Constitutionally protected rights**). I know that any attempt to change or alter them constitutes tampering with evidence, which is a Federal Violation and breach of fiduciary duty. Accordingly, I am only and always In Propria Persona Sui Juris at all times, never to be mistaken as Pro Se, to prevent any future misunderstandings. This would also be a direct violation of my "Secured Constitutional / Treaty Rights" which is the Supreme Law of the Land and "Stare Decisis" and a violation of your "Oath of Office". Furthermore as there is no law as prescribed in the United States Constitution stating a "Financial Statement, "Financial Fee (Feudal Law distinguished from Allodial)", or a "Motion" requesting permission must be submitted in order to exercise my Constitutional Rights, your demand is a violation of Amendment IX of the United States Constitution and a violation of your fiduciary duties.

### Amendment IX
"The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people"

*Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:***

IN PROPRIA PERSONA. In one's own proper person. Pg. 899, Black's Law Dictionary, 4th Edition

It is a rule in pleading that pleas to the jurisdiction of the court *must be plead in propria persona*, because if pleaded by attorney they admit the jurisdiction, as an attorney is an officer of the court, and he is presumed to plead after having obtained leave, which admits the jurisdiction. Lawes, Pl. 91.

PLEADING. The peculiar science or system of rules and principles, established in the common law, according to which the pleadings or responsive allegations of litigating parties are framed, with a view to preserve technical propriety and to produce a proper issue. The process performed by the parties to a suit or action, in alternately presenting written statements of their contention, each responsive to that which precedes, and each serving to narrow the field of controversy, until there evolves a single point, affirmed on one side and denied on the other, called the "issue," upon which they then go to trial. The act or step of interposing any one of the pleadings in a cause, but particularly one on the part of the defendant; and, in the strictest sense, one which sets up allegations of fact in defense to the action. The name "a pleading" is also given to any one of the formal written statements of accusation or defense presented by the parties alternately in an action at law; the aggregate of such statements filed in any one cause' are termed "the pleadings." The oral advocacy of a client's cause in court, by his barrister or counsel, is sometimes called "pleading;" but this is a popular, rather than technical, use.

PRO SE. For himself; in his own behalf; in person. Pg. 1364, Black's Law Dictionary, 4th Edition

In review of the origins and meanings of words, etymologically, Pro Se is derived from Moorish Latin, the language of my forefathers, and means to proceed. While one is proceeding they are admitting jurisdiction of the court, or pro-se-cuting, or proceeding with prosecution. If I am the one prosecuting, particularly in a suit held in a competent Article III venue, then I would be proceeding, and would be "Pro Se". However, in Colorable Courts, who do not have and verify jurisdiction for the record, I would <u>not</u> and **could not** proceed (Pro Se). As that very <u>word</u>, would state my willingness to proceed under the Jurisdiction of that court which is not, and would not, in any way be true.

As an Officer(s) of the Court, you and your assigns are bound (or have taken) a solemn Oath (See Article VI) to uphold and Support the Constitution for the United States Republic. Refusal of this 'Affidavit of Financial Statement' is construed to deny me timely 'Due Process' and will be a 'Colorable Act' to violate my secured exercise of a Right. Such an act and imposition is a violation of your Official Oath of office. This can result in additional lawful remedy actions filed against those violating Officers of the Court, Under Title 18 and Title 42, in both their official and private capacities. The Law always gives a remedy for the people against color of law actions committed by those who violate their Oaths of Office colluding to abridge the Rights secured for the Natural Beings and the citizens.

I Respectfully, with 'Good Faith' and with Honor, by right to unhindered Due – Process, submit this 'Affidavit of Financial Statement' and Evidence.

Thank You,
I Am: _____
Bakha Yawuti El, Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione BRANDON CHRISTOPHER MYERS
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Charleston, SC Territory
c/o PO Box 22251
Charleston, SC [29413]
Non-Domestic Non-Subject Non-Resident

Notary: _____
U.C.C. 1-103, 1-207, 1-308

Witness: _____
U.C.C. 1-103, 1-207, 1-308

Witness: _____
U.C.C. 1-103, 1-207, 1-308

Cc:  United Nations Human Rights
     High Commissioner Palais Wilson

United States Justice Department
United States Attorney General
Loretta Lynch

United States District Court for the District of Columbia Affairs
Washington D. C.

STATE OF SOUTH CAROLINA
Governor Nikki Haley

STATE OF SOUTH CAROLINA
Attorney General Alan Wilson

CHARLESTON SOUTH CAROLINA ARCHBISHOP
Bishop Robert E. Guglielmone

White House Washington DC
Honorable Barack Obama

International Criminal Court
Luis Moreno-Ocampo

Great Seal National Assoc of Moorish

Minister :A-El: / Minister Taj Tarik Bey /

STATE OF SOUTH CAROLINA
Secretary of State Mark Hammond

STATE OF SOUTH CAROLINA
SUPREME COURT
Chief Justice Costa M. Pleicones

International Court of Justice
Minister William Salaam Hall:El

# Averment Of Jurisdiction - Quo Warranto

For The Record, To Be Read Into The Record
Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.
Exhibit/Evidence 10

April 7, 2016

US District Court of South Carolina
85 Broad Street
Charleston, SC 29401

Re: BILL OF ATTAINDER No. 2015A1010205307

## Res Judicata

**Hagans v Lavine 415 U.S. 533.**, There is no discretion to ignore lack of jurisdiction. **Joyce v U.S. 474 2d 215;** The law provides that once State and Federal jurisdiction have been challenged, it must be proven. **Main v Thiboutot 100. S. Ct 2501 (1980);** "Jurisdiction can be challenged at any time" and "jurisdiction, once challenged, cannot be assumed and must be decided". **Basso v Utah Power and Light Co. 495 F.2d 906,910.**

As all government entities and alleged private corporations must be a creature of the United States Republic Constitution, this is a formal Request and Command for U.S. District Court of South Carolina, address 85 Broad Street, 29401, to produce for the record, within 5 days of receipt of this lawful request, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prima facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

> "Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621

Notary: _Simona A. French_
All Rights Reserved: U.C.C. 1-207/1-308; U.C.C.1-103

Witness: _[signature]_
All Rights Reserved: U.C.C. 1-207/1-308; U.C.C.1-103

Witness: _Nemean Pinckney Bey_
All Rights Reserved: U.C.C. 1-207/1-308; U.C.C.1-103

Thank You,
I Am: _Bakha Yawuti El_
Bakha Yawuti El,
Ex-Relatione BRANDON CHRISTOPHER MYERS
Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved: U.C.C. 1-207/1-308; U.C.C.1-103
[c/o PO Box 22251 Near Charleston, SC]
Northwest Amexem

cc:
United Nations
High Commissioner for Human Rights
Palais Wilson

International Criminal Court
Luis Moreno-Ocampo

International Court of Justice
Hall:El
Peace Palace
The Hague Netherland

Interpol
Lyon, France

Honorable President Barack Obama
White House Washington DC

United States Department of State
Hillary Clinton

Great Seal National Association of Moorish Affairs
Minister :A-El / Minister Taj Tarik Bey / Minister William Salaam

United States Justice Department
Attorney General Eric H. Holder Jr.